# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN, | 1:18-cv-01187-GSA-PC |
| Plaintiff, | **ORDER INFORMING PLAINTIFF THAT HIS APPLICATION TO PROCEED IN FORMA PAUPERIS WAS GRANTED** |
| vs. | **(ECF No. 8.)** |
| V. BENTACOURT, et al., | |
| Defendants. | |

Kevin Allen ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

On September 17, 2018, Plaintiff filed a request for the court to grant his application to proceed *in forma pauperis* filed on September 7, 2018. (ECF No. 8.) Plaintiff is hereby informed that his application to proceed *in forma pauperis* was granted by the court on September 10, 2018. (ECF No. 6.)

IT IS SO ORDERED.

Dated: **September 19, 2018**      **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE