# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN, | 1:18-cv-01187-LJO-GSA-PC |
| Plaintiff, | **ORDER REQUIRING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT WITHIN THIRTY (30) DAYS** |
| vs. | |
| V. BENTACOURT, et al., | **ORDER FOR CLERK TO SEND § 1983 AMENDED COMPLAINT FORM TO PLAINTIFF** |
| Defendants. | |

    Kevin Allen ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  On August 31, 2018, Plaintiff filed the Complaint commencing this action.  (ECF No. 1.)  On July 24, 2019, the court screened the Complaint and dismissed it for failure to state a claim, with leave to amend.  (ECF No. 12.)

    On August 15, 2019, Plaintiff filed the First Amended Complaint.  (ECF No. 13.)  On December 11, 2019, the court screened the First Amended Complaint and dismissed it for failure to state a claim, with leave to file a Second Amended Complaint within thirty days.  (ECF No. 15.)  To date, Plaintiff has not filed a Second Amended Complaint pursuant to the court's order.

    On December 27, 2019, Plaintiff appealed the court's December 11, 2019 screening order to the Ninth Circuit Court of Appeals.  (ECF No. 16.)  On January 27, 2019, the Ninth Circuit issued an order dismissing Plaintiff's appeal for lack of jurisdiction, and the Ninth Circuit's mandate was entered on February 18, 2020.  (ECF Nos. 19, 24.)

On February 14, 2020, Plaintiff filed another appeal to the Ninth Circuit, appealing the court's January 30, 2020 order denying Plaintiff's motion for reconsideration of the court's December 11, 2019 screening order. (ECF No. 22.)  On March 27, 2020, the Ninth Circuit issued an order dismissing Plaintiff's appeal for lack of jurisdiction, and the Ninth Circuit's mandate was entered on April 20, 2020.  (ECF Nos. 26, 27.)

Plaintiff has no more appeals pending at the Ninth Circuit.  Thus, at this juncture Plaintiff shall be required to file a Second Amended Complaint pursuant to the court's order issued on December 11, 2019.  Plaintiff shall be granted thirty days in which to file the Second Amended Complaint.

Therefore, based on the foregoing, IT IS HEREBY ORDERED that:

1. Within thirty (30) days of the date of service of this order, Plaintiff is required to file a Second Amended Complaint pursuant to the court's screening order issued on December 11, 2019;
2. The Clerk is directed to send Plaintiff a § 1983 amended complaint form; and
3. Plaintiff's failure to comply with this order shall result in a recommendation that this case be dismissed with prejudice for failure to state a claim.

IT IS SO ORDERED.

Dated:   **April 23, 2020**           **/s/ Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE