# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN, | **1:18-cv-01187-JLT-GSA-PC** |
| Plaintiff, | **ORDER DENYING MOTION AS MOOT** |
| vs. | **(ECF No. 52.)** |
| V. BENTACOURT, et al., | |
| Defendants. | |

Kevin Allen ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

On June 12, 2023, Plaintiff filed a motion to appoint counsel and to provide him with a free copy of his First Amended Complaint.  (ECF No. 52.)  This motion is moot and shall be denied as such.  On June 5, 2023, the Court previously addressed these requests   (ECF No. 51.) The Court served the order on Plaintiff at his current address of record at the Los Angeles County Jail.

Accordingly, Plaintiff's motion filed on June 12, 2023, is denied as moot.

IT IS SO ORDERED.

Dated:   __June 16, 2023__          _____/s/ Gary S. Austin_____
                                          UNITED STATES MAGISTRATE JUDGE