UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>   Plaintiff,<br><br>   v.<br><br>V. BETANCOURT, et al.,<br><br>   Defendants. | No. 1:18-cv-01187 JLT GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE IN FORMA PAUPERIS APPLICATION FOR NON-PRISONER<br><br>NON-PRISONER IN FORMA PAUPERIS APPLICATION DUE **FEBRUARY 23, 2024**<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO COMPLETE DISCOVERY<br><br>(ECF No. 65)<br><br>DISCOVERY DEADLINE EXTENDED TO **APRIL 24, 2024**<br><br>DISPOSITIVE MOTION DEADLINE EXTENDED TO **JUNE 20, 2024** |

Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff has filed a notice of change of address which indicates that he is no longer incarcerated. ECF No. 64. Plaintiff has also filed a motion requesting a sixty-day extension of

the current discovery deadline, which is Feb. 21, 2024. ECF No. 65.  For the reasons stated below, Plaintiff will be ordered to file an in forma pauperis application for a non-prisoner.  In addition, Plaintiff's motion to extend the discovery deadline will be granted, the Court will also extend the due date for the parties to file dispositive motions.

I. IN FORMA PAUPERIS APPLICATION FOR NON-PRISONER

While he was incarcerated, Plaintiff submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). See ECF No. 5.  However, Plaintiff's change of address docketed on January 2, 2024, indicates that Plaintiff is no longer incarcerated. See ECF No. 64.

"A released prisoner may litigate without further prepayment of fees upon satisfying the poverty affidavit requirement applicable to all non-prisoners." McGann v. Comm'r, Soc. Sec. Admin., 96 F.3d 28, 30 (2d Cir. 1996); Adler v. Gonzalez, No. 1:11-cv-1915 LJO, 2015 WL 4041771, at *2 (E.D. Cal. July 1, 2015), report and recommendation adopted, No. 1:11-cv-1915 LJO MJS, 2015 WL 4668668 (E.D. Cal. Aug. 6, 2015) (stating released prisoner must submit updated IFP application in order to proceed in forma pauperis under Section 1915(a)(1)).  If Plaintiff still wishes to proceed in forma pauperis, he must submit an updated application under Section 1915(a)(1).  See DeBlasio v. Gilmore, 315 F.3d 396, 398 (4th Cir. 2003). Accordingly, Plaintiff will be ordered to complete and file an in forma pauperis application for a non-prisoner and be given thirty days to do so.

II. MOTION TO EXTEND DISCOVERY DEADLINE[1]

Currently, the discovery deadline is February 21, 2024. See ECF No. 61 at 1, 4 (discovery and scheduling order).  In support of Plaintiff's motion to extend that date, Plaintiff states that when he received the Court's discovery and scheduling order, he was housed at a county jail, and he was not able to adequately access legal books and case law to draft and send his interrogatories. See ECF No. 65 at 2.  The county jail law library, he contends, was inadequate. Id.  In addition, Plaintiff states that although he was released from the county jail in December

---

[1] In Plaintiff's motion for an extension of time, he also asks the Court to send him samples of interrogatories and requests for production of documents. ECF No. 65 at 3.  The Court is unable to accommodate this request.

2

2023, as of January 10, 2024, he has yet to receive his property from Kern Valley State Prison. See generally ECF No. 65 at 3-4. (Plaintiff's motion stating same and signature date of motion).

Good cause appearing, Plaintiff's request for a sixty-day extension of the discovery deadline will be granted. In addition, because an extension of the discovery deadline will affect the dispositive motion deadline, which is currently calendared for April 21, 2024 (see ECF No. 61 at 1), the Court will also extend that deadline by sixty days as well.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a copy of the Court's application to proceed in forma pauperis for a non-prisoner;

2. Within thirty days from the date of this order – **February 23, 2024**, – Plaintiff must complete and file the application to proceed in forma pauperis by a non-prisoner;

3. Plaintiff's motion for a sixty-day extension of time to complete discovery (ECF No. 65) is GRANTED;

4. The discovery deadline date is EXTENDED to **April 24, 2024**, and

5. The dispositive motion deadline date is EXTENDED to **June 20, 2024**.

IT IS SO ORDERED.

Dated:   **January 23, 2024**              **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE

3