UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>          Plaintiff,<br><br>     v.<br><br>V. BENTACOURT,<br><br>          Defendants. | No. 1:18-cv-01187 JLT GSA (PC)<br><br>ORDER GRANTING PLAINTIFF'S NON-PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 67) |

Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 2, 2024, Plaintiff filed a notice of change of address with the Court. ECF No. 64. The notice indicated that Plaintiff is no longer incarcerated. Id. As a result Plaintiff was ordered to file a new application to proceed in forma pauperis that is used for non-prisoners. ECF No. 66.

Plaintiff has filed the application to proceed in forma pauperis for non-prisoners. ECF No. 67. He has submitted the affidavit required by 28 U.S.C. § 1915(a)(1) showing that he is unable to prepay fees and costs or give security for them. Id. at 3. Therefore, Plaintiff's new request to proceed in forma pauperis will be granted.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's non-prisoner application to proceed in forma pauperis (ECF No. 67) is GRANTED.

IT IS SO ORDERED.

Dated: __February 29, 2024__            _____/s/ Gary S. Austin_____
                                        UNITED STATES MAGISTRATE JUDGE

2