UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>           Plaintiff,<br><br>    v.<br><br>V. BENTACOURT, et al.,<br><br>           Defendants. | No.  1:18-cv-01187 JLT GSA (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 69) |

Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  It is at the discovery stage of the proceedings.  See generally ECF Nos. 61, 65, 66 (scheduling order; motion to modify same; grant of same, respectively).

Defendants have filed a motion to modify the discovery and scheduling order.  ECF No. 69.  In support of the motion, Defendants acknowledge that the deadline to conclude discovery was April 24, 2024.  ECF No. 69-1 at 1.  However, Defendants point out that the Court's order issued February 29, 2024, and sent to Plaintiff, was returned as undeliverable and that since then Plaintiff has not informed them of his current address.  Consequently, Defendants state that they have been unable to complete discovery, including not being able to depose Plaintiff.  Id. at 1-2, 4.  For these reasons, Defendants request that the deadlines for the completion of discovery and

1

for the filing of dispositive motions be vacated and reset, if necessary, following Plaintiff's filing of a notice of change of address. Id. at 2, 4.

Good cause appearing, Defendants' motion will be granted. The discovery and scheduling order will be modified to vacate, nunc pro tunc, the close of discovery deadline which was April 24, 2024. It will also be modified to vacate the current June 20, 2024, due date for the parties' filings of dispositive motions. See ECF No. 66 at 3 (initial order modifying discovery and scheduling order).

Accordingly, IT IS HEREBY ORDERED that:

1.  Defendants' motion to modify the discovery and scheduling order (ECF No. 69) is GRANTED;

2.  The April 24, 2024, deadline for the close of discovery stated in the Court's January 24, 2024, modification order (see ECF No. 66 at 3) is hereby VACATED nunc pro tunc;

3.  The June 20, 2024, deadline for the parties' dispositive motions stated in the Court's January 24, 2024, modification order (see ECF No. 66 at 3) is also VACATED.

**If appropriate, at a later date, the Court will recalendar the discovery and dispositive motion deadlines.**

**All other directives in the Court's discovery and scheduling order (see ECF No. 61) are to remain in full force and effect.**

IT IS SO ORDERED.

Dated:   **April 26, 2024**                    /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE