UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KEVIN ALLEN, | No. 1:18-cv-01187 JLT GSA (PC) |
|---|---|
| Plaintiff, | ORDER RESETTING CLOSE OF DISCOVERY AND DISPOSITIVE MOTION DEADLINES |
| v. | |
| V. BENTACOURT, et al., | Close of Discovery: **August 5, 2024** |
| Defendants. | Dispositive Motions Due: **October 4, 2024** |

Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. The matter is at the discovery phase of the proceedings.

On August 21, 2023, a discovery and scheduling order was issued in this case. ECF No. 61. In March 2024, an order served on Plaintiff was returned to the Court as undeliverable. Thereafter, in April 2024, because Defendants were uncertain of how to reach Plaintiff they filed a motion to modify the scheduling order, which was granted. See ECF Nos. 69, 70 (motion to modify; order granting same, respectively). As a result, the April 2024, and June 2024, close of discovery and dispositive motion deadline dates were vacated. See ECF No. 70 at 2. New dates for them were to be calendared after Plaintiff filed a notice of change of address with the Court. Id.

In May 2024, Plaintiff filed a notice of change of address. Therefore, it is now appropriate to calendar new close of discovery and dispositive motion deadline dates. Because the parties were well into the discovery process prior to the vacation of these dates, the new ones will be somewhat truncated. The close of discovery / motion to compel deadline will be sixty days from today's date, and dispositive motions will be due sixty days thereafter.

Accordingly, IT IS HEREBY ORDERED that:

1. The discovery and dispositive motion deadlines in this case are herein RESET;
2. The new close of discovery / motion to compel deadline shall be **August 5, 2024**, and
3. The new dispositive motion deadline shall be **October 4, 2024**.

**All other directives in the discovery and scheduling order (ECF No. 61) are to remain in full force and effect.**

IT IS SO ORDERED.

Dated:   **June 6, 2024**               /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE