UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN, | No. 1:18-cv-01187 JLT GSA (PC) |
| Plaintiff, | ORDER ACKNOWLEDGING PLAINTIFF'S MOTION (NOTICE) TO ENGAGE IN SETTLEMENT PROCEEDINGS AND DENYING SAME AS PREMATURE |
| v. | |
| V. BENTACOURT, et al., | |
| Defendants. | (ECF No. 76) |

On May 22, 2024, the Court ordered Defendants to inform the Court if they were willing to engage in settlement conference proceedings with Plaintiff.[1] ECF No. 72. On June 4, 2024, Defendants filed a response stating, in relevant part, that they believed that settlement talks were premature given that they had yet to conduct discovery. ECF No. 74 at 1. Defendants also noted that they anticipated taking Plaintiff's deposition. As a result Defendants requested that the discovery and dispositive motion deadlines be reset. Id. at 1-2. In response, on June 6, 2024, the Court issued an order which reset the discovery and dispositive motion deadline dates. ECF No. 75.

On June 13, 2024, Plaintiff filed the instant "motion" which informs the Court that he is

---

[1] In the same order, Plaintiff was directed to file and serve notice of his current address. ECF No. 72 at 3-4. On May 31, 2024, Plaintiff's notice of change of address was docketed. ECF No. 73.

1

open to settling this matter.  ECF No. 76.  The Court construes the "motion" herein as a notice.  The "motion" was signed June 11, 2024.

It appears that the Court's order issued June 6, 2024, which reset the discovery and dispositive motion deadlines, and Plaintiff's instant notice, may have crossed in the mail. Therefore, while the Court acknowledges that Plaintiff is open to settlement, being that Defendants seek to first complete the discovery and dispositive motion phases before engaging in settlement,  Plaintiff's motion  will be denied as premature.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Court ACKNOWLEDGES Plaintiff's notice that he is willing to settle this matter (ECF No. 76), and

2.  To the extent that the notice (ECF No. 76) requests to settle this matter, it is DENIED as PREMATURE.


IT IS SO ORDERED.

Dated:  **June 17, 2024**              /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE