UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>  Plaintiff,<br><br>  v.<br><br>V. BENTACOURT, et al.,<br><br>  Defendants. | No. 1:18-cv-01187 JLT GSA (PC)<br><br>ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY DEFENDANTS' MOTION TO COMPEL AND MOTION FOR SANCTIONS SHOULD NOT BE GRANTED<br><br>(ECF Nos. 78, 78-1)<br><br>PLAINTIFF'S SHOWING OF CAUSE, OR IN THE ALTERNATIVE, A RESPONSE TO DEFENDANT'S MOTION TO COMPEL AND MOTION FOR SANCTIONS DUE IN TWENTY-ONE DAYS<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO VACATE CURRENT DISCOVERY DEADLINES<br><br>(ECF No. 78-1 at 5) |

   Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. This matter is currently at the discovery phase of the proceedings.

1   Before this Court is Defendants' motion to compel and motion for sanctions. ECF No.
2   78-1. Also within the filing is Defendants' request that the current deadline for the filing of
3   dispositive motions be vacated and reset if necessary following resolution of their motion.  Id.
4   at 5.

5   For the reasons stated below, Plaintiff will be ordered to show cause why this matter
6   should not be dismissed for failure to prosecute and failure to obey a Court Order.   As an
7   alternative, Plaintiff may comply with the motion to compel by attending his deposition and either
8   paying the requested monetary sanction in full or filing a showing of cause as to why he should
9   not be ordered to pay the requested monetary sanction. Plaintiff will be given twenty-one days to
10  take either course of action.  In the interim, the Court will vacate the currently set dispositive
11  motion/discovery deadlines.

12  I.   RELEVANT PROCEDURAL HISTORY

13  On June 6, 2024, at Defendants' request, the Court reset the dates for the close of
14  discovery and dispositive motion deadlines. ECF Nos. 74 at 2, 75 (Defendants' request; Court
15  granting same, respectively).  As a result, the new close of discovery date was pushed back to
16  August 5, 2024, and the deadline for dispositive motions was reset to October 4, 2024. ECF No.
17  75 at 2.

18  On August 5, 2024, Defendants filed a motion to compel and a request that Plaintiff be
19  sanctioned. ECF No. 78-1. A request to vacate and reset the current dispositive motion deadline,
20  if necessary following resolution of this motion, is also requested in the document. Id. at 5. To
21  date, Plaintiff has not filed a response to Defendants' motions.

22  II.   DISCUSSION

23  Local Rule 230(l) requires prisoners to file responses to motions within twenty-one days
24  after the date of service of a motion. See L.R. 230(l).  More than twenty-one days have passed,
25  and Plaintiff has neither filed a response to Defendants' motion to compel, nor has he requested
26  an extension of time from the Court to do so. In addition, the time given to Defendants to file a
27  reply to any opposition has also expired. See id.

28  Local Rule 110 permits the imposition of sanctions for failure to follow the Local Rules.

2

1  See L.R. 110.  In addition, Federal Rule of Civil Procedure 41(b) permits the Court to dismiss a
2  matter when a plaintiff fails to prosecute or fails to obey a court order.  See Fed. R. Civ. P. 41(b).
3       Because Plaintiff has not complied with local and federal rules, this matter is ripe for
4  dismissal.  Prior to making this recommendation however, Plaintiff will first be ordered to show
5  cause why this matter should not be dismissed for failure to prosecute and failure to obey a Court
6  Order.  As an alternative to filing the showing of cause, Plaintiff may comply with the motion to
7  compel by attending his deposition and either paying the requested monetary sanction in full or
8  filing an showing of cause as to why he should not be ordered to pay a monetary sanction.  He
9  will be given twenty-one days to take either course of action.  Plaintiff is cautioned however, that
10 failure to take either action within the time allotted may result in a recommendation that this
11 matter be dismissed.
12      Accordingly, IT IS HEREBY ORDERED that:
13      1.  The Court will Order that the currently calendared discovery deadline dates be vacated
14 (ECF No. 78-1 at 5) and will re calendar them at a later date if needed;
15      2.  The Clerk of Court shall leave the gavel next to ECF No. 78 in place pending the
16 Court's resolution of Defendants' motion to compel and motion for sanctions that are within ECF
17 Nos. 78, 78-1;
18      3.  Plaintiff shall SHOW CAUSE why his case should not be dismissed for failure to
19 prosecute and failure to comply with a Court Order; or
20      4.  As an alternative to filing the above showing of cause, Plaintiff may comply with the
21 taking of his deposition and either pay the requested monetary sanction in full or file a showing of
22 cause as to why he should not be ordered to pay a monetary sanction;  and
23      5.  Plaintiff shall have **twenty-one days** from the date of this order to take either course
24 of action.
25      **Plaintiff is cautioned that absent exigent circumstances, failure to respond to this**
26 **order within the time allotted may result in a recommendation that this matter be**
27 **dismissed.**
28

IT IS SO ORDERED.

Dated:  **September 28, 2024**         **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE