UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN, | No. 1:18-cv-01187 JLT GSA (PC) |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S OBJECTIONS TO FINDINGS AND RECOMMENDATIONS |
| v. | |
| V. BENTACOURT et al., | |
| Defendants. | (ECF Nos. 83, 84) |
| | DEFENDANTS' RESPONSE DUE IN FOURTEEN DAYS |

Plaintiff, a former State prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  This matter is currently at the discovery phase of the proceedings.

On November 7, 2024, the Court issued findings and recommendations which recommended in relevant part that Defendant's motion for terminating sanctions be granted and that Defendants' motion to compel Plaintiff to appear and be deposed be denied as moot.  See ECF No. 83 at 15.  Objections to the order were due in fourteen days.  Id.

Plaintiff has timely filed objections to the findings and recommendations.  ECF No. 84. In them, Plaintiff states that: (1) in October 2024, he sent a "motion" to the Court which

1

explained why he could not attend the deposition by Defendants; (2) he has not lost interest in this case; (3) since he has been home, he has been homeless and his phone was stolen; (4) the many motions for the appointment of counsel that he has filed with the Court have been denied; (5) he never received the address of where he was to go to attend the deposition until the next day, and (6) that he explained this to the Court in the motion that he sent. Id. at 1-2. Finally, Plaintiff contends that he should not be sanctioned because he is a pro se litigant. ECF No. 84 at 3. For these reasons, Plaintiff requests that the Court not dismiss his case and that Defendants be ordered to depose him in San Francisco. Id.

Defendants have not filed a response to Plaintiff's objections. Given 1-the length of time that this matter has been on the Court's docket, 2- the terminating nature of the findings and recommendations, and 3- Plaintiff's stated reasons in his objections regarding why he did not appear to be deposed by Defendants in Los Angeles, the Court will direct Defendants to file a response to Plaintiff's objections. They will have fourteen days to do so.

Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this order, Defendants shall file a response to Plaintiff's objections (ECF No. 84) to the Court's findings and recommendations issued November 7, 2024 (ECF No. 83).

IT IS SO ORDERED.

Dated:   **December 6, 2024**              /s/ Gary S. Austin
                                                                UNITED STATES MAGISTRATE JUDGE