UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN, <br><br> Plaintiff, <br><br> v. <br><br> V. BENTACOURT, et al., <br><br> Defendants. | No. 1:18-cv-01187 JLT GSA (PC) <br><br> ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS <br><br> (ECF No. 83) <br><br> ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO COMPEL AND MOTION FOR SANCTIONS <br><br> (ECF No. 78) <br><br> ORDER MODIFYING DISCOVERY AND SCHEDULING ORDER <br><br> (ECF No. 61) <br><br> DISCOVERY SHALL BE COMPLETED AND ANY MOTIONS TO COMPEL SHALL BE FILED BY **FEBRUARY 18, 2025** <br><br> DISPOSITIVE MOTIONS SHALL BE FILED BY **APRIL 18, 2025** |

Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. This matter is at the discovery stage of the proceedings.

1

For the reasons stated below, the Court will withdraw its findings and recommendations issued November 7, 2024. ECF No. 83. In addition, Defendants' motion to compel and motion for sanctions (ECF No. 78) will be granted in part and denied without prejudice in part. Finally, the Court will modify the discovery and scheduling order (ECF No. 61) by setting new deposition and dispositive motion deadline dates.

## I.   BACKGROUND

On November 7, 2024, the Court issued a findings and recommendations order which denied in part and granted in part Defendants' motion to compel and motion for sanctions. See ECF Nos.78, 83 (motion to compel and motion for sanctions; findings and recommendations order). In it, the Court granted Defendants' motion for terminating sanctions; it denied Defendants' request for monetary sanctions, and it denied Defendants' motion to compel Plaintiff to appear and be deposed. ECF No. 83 at 15.

On November 18, 2024, Plaintiff filed objections to the findings and recommendations. ECF No. 84. Based on the contents of Plaintiff's objections, shortly thereafter, the Court ordered Defendants to file a response to them. ECF No. 85. Defendants' response was filed on December 16, 2024. ECF No. 86.

## II.   DISCUSSION

In Defendants' motion to compel and motion for sanctions, they ultimately argued that Plaintiff should be sanctioned and that this matter should be dismissed because Plaintiff had failed to appear and be deposed in Los Angeles, and he did not respond to attempts to reach him that day. See generally ECF No. 78. In Plaintiff's objections to the findings and recommendations, Plaintiff provided reasons why he had missed his deposition. See generally ECF No. 84.

In Defendants' response to the Court's order directing them to file a response to Plaintiff's objections, Defendants state, in relevant part, that because Plaintiff has provided them with updated contact information, it may be possible to depose him. ECF No. 86 at 2. As a result, they request that their motion to compel be granted and that the Court order Plaintiff to appear for a deposition. Id. They also request the Court to set new deadlines for the completion of

1  discovery and the filing of dispositive motions.  Id.  Finally, Defendants state that they are not
2  opposed to the Court finding that terminating sanctions are not warranted at this time.  Id.
3  However, they ask the finding be made without prejudice to them being able to renew it if
4  Plaintiff fails to appear again to be deposed.  Id.
5        Based on the parties' statements, the Court will withdraw the currently pending findings
6  and recommendations and grant Defendants' motion to compel in part, to the extent that it asks
7  that Plaintiff be compelled to appear and be deposed.  The motion will be denied in part without
8  prejudice, to the extent that it asks for terminating sanctions.  Finally, the Court will modify the
9  discovery and scheduling order by setting new end-of-discovery and dispositive motions
10 deadlines.
11       Accordingly, IT IS HEREBY ORDERED that:
12     1.  The findings and recommendations issued November 7, 2024 (ECF No. 83), are
13 WITHDRAWN;
14     2.  Defendants' motion to compel and motion for sanctions (ECF No. 78) is GRANTED
15 IN PART and DENIED IN PART as follows:
16       a.  GRANTED to the extent that it requests that Plaintiff be compelled to appear and
17 be deposed;
18       b.  DENIED without prejudice to the extent that it requests terminating sanctions;
19     3.  Plaintiff shall APPEAR and be DEPOSED by Defendants at a date and time in the
20 reasonable future upon which the parties agree;
21     4.  The discovery and scheduling order issued August 21, 2023 (ECF No. 61), is
22 MODIFIED as follows:
23       a.  The new deadline for the completion of discovery and for the filing of motions to
24 compel is **February 18, 2025**, and
25       b.  The new deadline for the filing of dispositive motions is **April 18, 2025.**
26     **All other directives in the discovery and scheduling order are to remain in full force**
27 **and effect.**
28     **Plaintiff is cautioned that any further failure on his part to comply with the orders of**

**this Court and/or to properly and timely engage in his prosecution of this case may result in a recommendation that this matter be dismissed.**

IT IS SO ORDERED.

    Dated: __**December 20, 2024**__                 _____**/s/ Gary S. Austin**
                                                                              UNITED STATES MAGISTRATE JUDGE