
UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>V. BENTACOURT, et al.,<br><br>　　　　　Defendants. | No.  1:18-cv-01187 JLT GSA (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 90)<br><br>PARTIES' DISPOSITIVE MOTIONS NOW DUE MAY 2, 2025 |

　　　　Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  This matter is at the dispositive motion phase of the proceedings.  See generally ECF No. 61 (discovery and scheduling order); see also ECF No. 87 at 3 (order extending dispositive motion deadline to 4/18/25).

　　　　Defendants have filed a motion to modify the discovery and scheduling order.  ECF No. 90.  Good cause appearing, the motion will be granted.

I.　　DEFENDANTS' MOTION

　　　　In support of Defendants' motion to modify the discovery and scheduling order, counsel for Defendants, DAG Matthew Wilson acknowledges the April 18, 2025, due date for the filing

1

of dispositive motions.  ECF No. 90-1 at 4 (Decl. of DAG M. Wilson).  Defendants, DAG M. Wilson states, intend to file a motion for summary judgment in this case.  However, the litigation coordinator at Kern Valley State Prison where Defendants are assigned has recently retired and no new coordinator has started working at this point.  Id.  As a result, DAG Wilson states, he has experienced significant delays in communicating with Defendants and exchanging necessary documents with them.  Id.  For these reasons, he asserts, he does not expect that Defendants will be able to complete their dispositive motion by the April 18, 2025, deadline.  Id.

Defendants request that the dispositive motion deadline be extended to May 2, 2025.  ECF No. 90-1 at 4.  DAG Wilson states that he has spoken with Plaintiff about the instant motion and Plaintiff stated that he has no objection to it.  Id.

II.   DISCUSSION

Good cause appearing, Defendants' motion to modify the discovery and scheduling order will be granted.  The new date for the parties' dispositive motions will be May 2, 2025.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the discovery and scheduling order (ECF No. 90 et seq.) is GRANTED, and

2. The new due date for the parties' dispositive motions is May 2, 2025.

IT IS SO ORDERED.

Dated:   **April 17, 2025**              /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE

2