1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KEVIN ALLEN,                          No. 1:18-cv-1187 JLT GSA (PC)

12              Plaintiff,                  ORDER GRANTING DEFENDANTS'
                                           SECOND MOTION TO MODIFY
13        v.                               DISCOVERY AND SCHEDULING ORDER

14   V. BENTACOURT, et al.,                (ECF No. 92)

15              Defendants.                PARTIES' DISPOSITIVE MOTIONS NOW
                                           DUE JUNE 2, 2025
16

17
18          Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, has filed this

19   civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United

20   States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  This matter is

     at the dispositive motion phase of the proceedings.  See generally ECF No. 61 (discovery and
21
     scheduling order); see also ECF No. 91 (order granting Defendants' motion to modify scheduling
22
     order and extending dispositive motion deadline to 5/2/25).
23
            Defendants have filed a second motion to modify the discovery and scheduling order.
24
     ECF No. 92.  Good cause appearing, the motion will be granted.
25
            I.    DEFENDANTS' MOTION
26
            In support of Defendants' second motion to modify the discovery and scheduling order,
27
     counsel for Defendants, DAG Matthew Wilson, states in part that Defendants intend to file a
28

                                            1

dispositive.  ECF No. 92-1 at 4 (Decl. of DAG Wilson).  However, given the recent retirement of the litigation coordinator at Kern Valley State Prison, as well as the fact that one of the Defendants has been hospitalized, DAG Wilson was unable to speak with that Defendant until April 29, 2025.  Id.  DAG Wilson further states that when he spoke with Defendant, he was difficult to understand.  Id.  DAG Wilson further states that Defendant is uncertain when he will be released from the hospital.  Id.  Given these facts, DAG Wilson states that he does not believe that Defendants will be able to complete the dispositive motion before the May 2, 2025, deadline.  See id.

II.    <u>DISCUSSION</u>

Good cause appearing, Defendants' motion to modify the discovery and scheduling order will be granted.  The new date for the parties' dispositive motions will be June 2, 2025.

Accordingly, IT IS HEREBY ORDERED that:

1.  Defendants' motion to modify the discovery and scheduling order (ECF No. 92 <u>et seq.</u>) is GRANTED, and

2.  The new due date for the parties' dispositive motions is June 2, 2025.

IT IS SO ORDERED.

Dated:   **May 1, 2025**                        **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

2