UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>          Plaintiff,<br><br>     v.<br><br>V. BENTACOURT, et al.,<br><br>          Defendants. | No. 1:18-cv-01187 JLT GSA (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL AS MOOT<br><br>(ECF No. 94) |

Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, in an action brought under 42 U.S.C. § 1983. Plaintiff requests that the court appoint counsel. ECF No. 94. For the reason stated below, the motion will be denied as moot.

I.     RELEVANT FACTS

Plaintiff's motion for the appointment of counsel was docketed on May 5, 2025. See generally ECF No. 94. Thereafter, on May 21, 2025, Defendants filed a notice of settlement of this case. ECF No. 95. As a result, dispositional documents that will formally close out this case are due on June 16, 2025. See generally ECF No. 96 (docket entry; Court notes).

II.    DISCUSSION

In light of the above facts, this case will be formally closed in the near future. Therefore, Plaintiff has no need to have counsel appointed. Consequently, the motion will be denied as moot.

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the appointment of counsel (ECF No. 94) is DENIED without prejudice as moot.

IT IS SO ORDERED.

Dated:   **May 27, 2025**                            **/s/ Gary S. Austin**
                                                         UNITED STATES MAGISTRATE JUDGE