UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALLEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>V. BENTACOURT, et al.,<br><br>　　　　　Defendants. | No.  1:18-cv-01187 JLT GSA (PC)<br><br>ORDER ACKNOWLEDGING PARTIES' STIPULATION OF VOLUNTARY DISMISSAL OF THIS MATTER WITH PREJUDICE<br><br>(See ECF No. 96)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>See Fed. R. Civ. P. 41(a)(1)(A)(ii) |

　　　　Plaintiff, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 27, 2025, the parties filed a joint stipulation for voluntary dismissal with prejudice.  ECF No. 96.  In it, the parties state that they have resolved the case in its entirety.  Id.  As a result, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), they have stipulated to the dismissal of this matter with prejudice.  See ECF No. 96 at 1-2.

　　　　Consistent with this filing, the Court will acknowledge the parties' filing, and the Clerk of Court will be directed to close this case.

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1. The Court formally ACKNOWLEDGES the parties' stipulation for voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), filed May 27, 2025 (see ECF No. 96), and

    2. Consistent with the parties' filing, the Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

    Dated: **May 28, 2025**          **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE